UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

United States of America
                             Government,

              against-

Jiangnan Lin
                      Defendant(s)
------------------------------------------------------------X

**MEDICAL ATTENTION FORM**

Before Judge : **Victoria Reznik , U.S.M.J**
Case Number:23cr612-NSR

**TO THE WARDENS OF THE WCC, MCC, OR ANY OTHER DETENTION FACILITY:**

The defendant has been remanded to the custody of the U.S. Marshals; in lieu of bail at the time of his/her presentment before this Court. At that time, the following information which requires medical attention was disclosed. The Court directs the Correctional Facility to provide the defendant with the necessary medical treatment.

**The defendant reports having one kidney and taking medication related to this.**

Dated: November 29, 2023
White Plains, NY

SO ORDERED:

_____
Victoria Reznik
United States Magistrate Judge